

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        In re DB

Appellate case number:      01-15-00632-CV & 01-15-00633-CV

Trial court case number:    2014-06439J & 2014-06438J

Trial court:                313th District Court of Harris County

On July 24, 2015, relator, DB, filed a motion to stay all trial court proceedings.  The Court requests that the real party in interest, State of Texas – Harris County District Attorney's Office, respond to the motion by no later than Friday, July 31, 2015.  It is therefore **ordered** that the response of the real party in interest, if any, shall be due by July 31, 2015.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                    ☒Acting individually     ☐ Acting for the Court

Date:  July 24, 2015